IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

CHARLES JORDAN                                                                                    PETITIONER

V.                                                                                  NO. 1:21-CV-00032-DMB-DAS

TRINA DAVIDSON BROOKS                                                                      RESPONDENT

## ORDER REQUIRING ADDITIONAL BRIEFING

This matter comes before the Court upon Petitioner Charles Jordan's *pro se* petition for federal habeas relief filed under 28 U.S.C. § 2254. Doc. # 1. On May 17, 2021, Respondent filed a motion to dismiss the instant petition for failure to exhaust state remedies. Doc. # 14. Since the filing of the motion, however, the state appellate court dismissed Petitioner's appeal. Due to this recent development, the Court finds that additional briefing is necessary. Accordingly, Respondent is directed to submit additional briefing regarding Petitioner's claims, including whether the aforementioned motion to dismiss is now moot, within sixty (60) days from the date of this order. Petitioner must submit any response to Respondent's briefing within twenty-one (21) days from the date such briefings are filed.

**SO ORDERED**, this the 9th day of June, 2021.

/s/ David A. Sanders
**DAVID A. SANDERS**
**UNITED STATES MAGISTRATE JUDGE**