IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**CHARLES JORDAN**     **PETITIONER**

**v.**     **No. 1:21-cv-00032-DMB-DAS**

**TRINA DAVIDSON BROOKS,**     **RESPONDENT(S)**
*Sixteenth District Judicial Asst. DA*

## ORDER SEALING DOCUMENTS

As the instant petition for a writ of *habeas corpus* and supporting documents reveal the name of the victim of sexual assault, the Clerk of the Court is **DIRECTED** to restrict access to these documents to parties only.

**SO ORDERED**, this, the 18th day of August, 2021.

/s/ David A. Sanders
**UNITED STATES MAGISTRATE JUDGE**