IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**CHARLES JORDAN**                                                                   **PETITIONER**

**V.**                                      **NO. 1:21-CV-32-DMB-DAS**

**TRINA DAVIDSON BROOKS**                                         **RESPONDENT**

## FINAL JUDGMENT

In accordance with the memorandum opinion entered this day, Charles Jordan's petition for a writ of habeas corpus is **DISMISSED with prejudice**.

**SO ORDERED**, this 5th day of January, 2022.

                                                       /s/Debra M. Brown
                                                       **UNITED STATES DISTRICT JUDGE**